| | | | |
|---|---|---|---|
| | AUSA: DePorre | | Telephone: (810) 766-5177 |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: Black, ATF | | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.
Darryl Lyle Minor,

Case: 4:26-mj-30109
Judge: Ivy, Curtis
Filed: 02-27-2026

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 23, 2026__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

There is probable cause to believe that on February 23, 2026, in the Eastern District of Michigan, Darryl Lyle Minor, knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

*Complainant's signature*

Cody Black, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 27, 2026

*Judge's signature*

City and state: Flint, MI

Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

1. I, Cody Black, have been employed by the Michigan State Police since January of 2020. Currently, I am a Detective Trooper Specialist assigned to the Michigan State Police 3rd District Special Investigation Section. In my current role, I work as a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am tasked with investigating federal and state violations of firearms and narcotics laws. Before being assigned to the ATF, I was assigned to the Michigan State Police Secured Cities Partnership (SCP), and worked in conjunction with Lansing's Violent Crimes Initiative (VCI) in Lansing MI. I have investigated numerous incidents involving narcotics trafficking, robberies, shooting, weapons offenses, homicides, as well as violations of state and federal firearms laws.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. On February 23, 2026, at approximately 12:20 a.m., Michigan State Police Troopers in a fully marked patrol vehicle and in full uniform were on routine patrol

1

in the city of Flint when they observed a male, later identified as Darryl Lyle Minor (XX/XX/1965), walking northbound on Franklin Avenue near Broadway Blvd., pushing a bicycle. Troopers advised that Minor immediately appeared nervous and began to look over his shoulder multiple times as they drove past. After observing the Troopers pull their fully marked patrol vehicle onto the shoulder of Davison Rd. Minor abandoned his bicycle, before beginning to hide in the brush near the roadway. Troopers then observed Minor begin to flee the area on foot. Troopers activated their emergency overhead lights.

4. Troopers exited their patrol vehicle, began to pursue Minor on foot, and gave loud verbal commands to Minor, to "stop running". Minor refused these orders and continued to flee. Troopers arrested Minor after a brief foot pursuit. Minor was found hiding beside a set of trash cans near the driveway of a home on Broadway Blvd. in Flint.

5. Troopers searched along Minor's path of travel and found a Taurus 9mm pistol (G-3) bearing serial number ACH198453. The pistol immediately adjacent to Minor's fresh tracks that he left in the snow while fleeing the area. It should be noted that the temperature at the time of the arrest was approximately 25 degrees Fahrenheit and it had recently snowed. Officers observed that the pistol was warmer than the outdoor temperature and was free of any snow.

6. Troopers identified Minor utilizing SNAP (Statewide Network of Agency Photos). Records for Minor's criminal history indicate that he has the following convictions:

   a. 04/01/1982 – Felony Assault with Intent to Murder (7th Circuit Court)

   b. 11/17/1999 – Felony Assault with intent to do GBH (7th Circuit Court)

   c. 11/17/1999 – Misd. Domestic Violence (7th Circuit Court)

   d. 10/03/2013 – Felon in Possession of a Firearm (U.S. Dist. Ct. EDMI) (Two supervised release violations: 10/14/16 and 7/19/17)

   e. 02/22/2017 – Felony Assault/Resist/Obstruct a Police Officer (67th District Court)

   f. 01/19/2022 – Misd. Domestic Violence (Assaulting a Pregnant Individual) and Felony Interfering with Electronic Communications Causing Injury or Death (7th Circuit Court) (current probation violation pending at the time of the instant offense)

7. Criminal history records also indicate that Minor was arrested in 2023 in Morehouse Parish, Louisiana for unlawful use of body armor, battery of a police officer, resisting an officer, possession of drug paraphernalia, illegal use of a weapon, and being a felon in possession of a firearm.

3

8. Other records indicate that the Taurus 9mm pistol (G-3) bearing serial number ACH198453 was reported stolen in Bastrop, Louisiana, which is in Morehouse Parish. Therefore, the firearm previously traveled in and affected interstate commerce.

9. Based on the foregoing, I have probable cause to believe that on February 23, 2026, in the Eastern District of Michigan, Darryl Lyle Minor, knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

_____
Cody Black, Affiant
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on   February 27, 2026   .

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

4